**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: _____**8:20-cv-00212**_____

BEVERLY CAMERON,

          Plaintiff,

v.

THE BANK OF MISSOURI, A foreign
corporation,

          Defendant.

_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR

ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Defendant The Bank of Missouri, a foreign

corporation ("Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice

of removal of the state court civil action known as Beverly Cameron v. The Bank of

Missouri, Case No. 19-CC-001597, from the County Court of the Thirteenth Judicial

Circuit in and for Hillsborough County, Florida, to the United States District Court for the

Middle District of Florida. As grounds for removal, Defendant states as follows:

      1.      On January 08, 2019, Plaintiff commenced an action against Defendant in

the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida,

Pending Case No. 19-CC-001597 (the "State Court Action").

2.      On January 22, 2020, Plaintiff filed an Amended Complaint in the State Court Action. The Amended Complaint is attached to this Notice of Removal as "**Exhibit A**."

3.      Prior to filing this Notice of Removal, Defendant made no answer or pleading in the State Court Action, besides an initial appearance. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Tampa Division, within thirty days of Plaintiff filing an Amended Complaint which includes a newly alleged claim of violations under the Federal Telephone Consumer Protection Act, 47 U.S.C. § 227. Thus, this Court has original jurisdiction and this action is hereby removable pursuant to 28 U.S.C. § 1441. Furthermore, The Notice of Removal is therefore timely filed under 28 U.S.C. § 1446(b)(3).

4.      Plaintiff's Amended Complaint alleges a cause of action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Removal of Plaintiff's claims under the TCPA to this Court is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over TCPA claims pursuant to 28 U.S.C. § 1331 (federal question jurisdiction). See *Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct. 740, *753 (stating federal courts have federal question jurisdiction over claims that arise under the TCPA). The Court has supplemental jurisdiction over Plaintiff's Florida Consumer Collection Practices Act ("FCCPA") because the FCCPA claims are so related to the TCPA claim that they form part of the same case or controversy under Article III of the United States Constitution. See 28 U.S.C. § 1367(a).

5.      In addition to the Docket, Civil Cover Sheet, Amended Complaint, and Summons, attached are copies of all additionally documents filed in the State Court Action as "**Composite Exhibit B**", Pursuant to 28 U.S.C. § 1446 and §1447 and Local Rule 4.02 of the Middle District of Florida.

6.      Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal has or will timely be filed in the State Court Action, and a written notice of this removal has been served on Plaintiff. Defendant reserves all defenses, including but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and does not waive said defenses by the filing of this Notice of Removal.

WHEREFORE, Defendant prays for removal of the cause to the above-styled Court and for a stay of all proceedings in the State Court Action.

Dated: January 29, 2020

Respectfully submitted,

By: /s/ *Brandon T. White*
BRANDON T. WHITE, ESQ.
Florida Bar No. 106792
Email: bwhite@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0222
Facsimile: (786) 747-0299

*Attorney for Defendant The Bank of Missouri*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 29, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing was served this date via email and U.S. Mail upon counsel on the Service List below:

Mark T. Tischhauser, Esq.
The Tischhauser Law Group
6301 Memorial Highway, Suite 200
Tampa, Florida 33615
Telephone: (813) 243-9233
Facsimile: (813) 243-9234
Email: service@tischhauserlaw.com

/s/ *Brandon T. White*
BRANDON T. WHITE, ESQ.
