# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BEVERLY CAMERON,
    Plaintiff,

Case No.: 8:20-cv-212-T-30JSS

vs.

THE BANK OF MISSOURI,
a foreign corporation,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, BEVERLY CAMERON and Defendant, THE BANK OF MISSOURI, hereby notify the Court pursuant to Local Rule 3.08 that the Parties have settled the claims asserted in the Beverly Cameron's complaint in this case against the Bank of Missouri, under the pursuant to a confidential settlement agreement between them (the "Agreement").

Upon completion of the agreement, the Parties will file a stipulation and agreement to entry of an Order of Dismissal with Prejudice as to BEVERLY CAMERON against the Bank of Missouri, with each party to bear its own attorney's fees and court costs, except as otherwise provided in the Agreement.

Dated: February __16__, 2021

Respectfully Submitted,

_____
Mark T. Tischhauser, Esquire
Florida Bar No.: 870676
The Tischhauser Law Group
6301 Memorial Highway, Suite 203
Tampa, FL 33615
Telephone: (813) 243-9233
Facsimile: (813) 243-9234
Email: service@tischhauserlaw.com
*Counsel for Plaintiff*

/s/Brandon White
_____
Brandon T. White, Esquire
Florida Bar No.: 106792
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 789-7470
Facsimile: (305) 789-7799
Email: brandon.white@hklaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2021, a true and correct copy of the foregoing was served via electronic mail pursuant to Florida Rule of Judicial Administration 2.516 using Florida Middle District CM/ECF Court's E-Filing Portal or electronic service to **Brandon T. White, Esq.**, Holland & Knight LLC, *Counsel for Defendant*, brandon.white@hklaw.com.

_____
Mark T. Tischhauser, Esquire
Florida Bar No.: 870676
The Tischhauser Law Group
6301 Memorial Highway, Suite 203
Tampa, FL  33615
Tele: (813) 243-9233
Fax: (813) 243-9234
E-mail: service@tischhauserlaw.com
*Counsel for Plaintiff*